**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ICOR TECHNOLOGIES, INC.,

    Plaintiff/Counter-Defendant,

v.                                    CASE NO: 8:06-cv-2309-T-26TBM

OAO TECHNOLOGY SOLUTIONS
FEDERAL SYSTEMS, INC.,

    Defendant/Counter-Plaintiff.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Joint Motion to Disburse Funds Held in Court Registry (Dkt. 58) is granted.

2) The Clerk shall disburse to the parties the funds currently held in the Court's registry, inclusive of principal and accrued interest, to be evenly divided between the parties.

3) With regard to Plaintiff, the check shall be made payable to Wampler, Buchanan, Walker, Charbrow, Banciella & Stanley, P.A. Trust Account and shall be sent to S. Alan Stanley of that law firm at his address of 9350 South Dixie Highway, Suite 1500, Miami, Florida 33156.

4) With regard to Defendant, the check shall be made payable to OAO Technology Solutions Federal Systems, Inc., and shall be sent to Kelli Ayers Edson, Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, Florida 33602-3644.

5) The parties' Joint Motion to Dismiss With Prejudice (Dkt. 59) is granted. This case is dismissed with prejudice with each party to bear their own costs and attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, on December 8, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
                                        UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record